# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

VINCENT LEE, )
        Plaintiff, )
)
v. ) No. 07-00487-CV-W-FJG
)
KANSAS CITY MISSOURI SCHOOL DISTRICT, et al,)
        Defendants. )

## ORDER

Currently pending before the Court is plaintiff's Motion for a Preliminary Injunction (Doc. No. 104) and plaintiff's Motion for Reconsideration (Doc. No. 129). In plaintiff's motion for a preliminary injunction, plaintiff requests that the Court "have the Kansas City and Kansas City School Board and the Independence School Board, State and Federal Funds and Grants from the federal level suspended." Plaintiff's motion did not specify if the motion was directed at all or only some of the defendants. Defendants Kansas City Board of Election Commissioners, Melodie Powell, Cynthia Thompson, Joseph Serrano, and Quentin Jennings oppose plaintiff's Motion for the Preliminary Injunction because plaintiff fails to satisfy the four factors required for entry of a preliminary injunction.

On February 26, 2008, the Court granted the motions to dismiss of several defendants (Doc. No. 123). The Court dismissed plaintiff's Complaint because (1) plaintiff's allegations were insufficient to provide notice of plaintiff's cause of action under Fed. R. Civ. P. 8.; (2) plaintiff lacked standing as a municipal taxpayer of Kansas City to challenge the tax expenditures of the City of Raymore; (3) plaintiff lacked standing as an individual to seek a grand jury investigation against defendants; (4) plaintiff failed to describe which defendants allegedly violated plaintiff's rights under federal law or the Constitution; (5)

plaintiff to state that he suffered an actual injury; (6) plaintiff's Complaint was incomprehensible and replete with statements and quotations from historical figures; and (6) plaintiff failed to state a claim under Fed. R. Civ. P. 12(b)(6) upon which relief could be granted.  The Court hereby clarifies its earlier ruling on February 26, 2008 and states that plaintiff's Complaint is **DISMISSED** in full against all defendants in this matter for the reasons stated above and in the Court's February 26, 2008 Order (Doc. No. 123).

Further, upon review of plaintiff's motion for reconsideration, the Court is unconvinced by plaintiff's arguments that his Complaint meets the notice pleading requirements under the Federal Rules.  Therefore, plaintiff's Motion for Reconsideration (Doc. No. 129) is **DENIED** and plaintiff's Motion for Preliminary Injunction (Doc. No. 104) is **DENIED AS MOOT**.  Additionally, the remaining pending motions in this case are also **DENIED AS MOOT**: Plaintiff's Motion for Extension of Time (Doc. No. 110); Plaintiff's Motion for Default Judgment (Doc. No. 127); Plaintiff's Motion to Amend Complaint to Add Defendants (Doc. No. 122); Plaintiff's Motion for Sanctions (Doc. No. 121); Defendant Cauthen's Motion to Quash Purported Service of Process (Doc. No. 118); Defendant Kansas City Board of Election Commissioners' Motion to Strike Suggestions in Opposition (Doc. No. 115); Plaintiff's Motion for Sanctions (Doc. No. 111); and Plaintiff's Motion for Default Judgment (Doc. No. 112).

**IT IS SO ORDERED.**

Date:  4/1/08
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge